UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>ATTORNEY DISCIPLINARY ACTIONS<br>_____ | ORDER OF DISBARMENT/SUSPENSION |

On April 14, 2011, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court as a result of suspension or disbarment from the Supreme Court of California or of any United States Court, resignation with charges pending accepted by the Supreme Court of California, or enrollment as an involuntary inactive member of the State Bar of California with cases pending in this Court. Written responses to each Order to Show Cause were due thirty (30) days from the date of the Order to Show Cause. The Court has not received a response to its April 14, 2011 Orders to Show Cause from any attorney listed in Attachment "A" to this Order, unless otherwise noted therein. IT IS THEREFORE ORDERED that the attorneys listed in Attachment "A" to this Order are suspended or disbarred from the practice of law in this Court pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

1   IT IS FURTHER ORDERED that any attorney listed in Attachment
2   "A" to this Order who has been suspended or disbarred from the Bar of this Court
3   will be reinstated upon proof of his or her reinstatement as an active member in
4   good standing with the State Bar of California.
5   An attorney registered to use the Court's Electronic Case Filing
6   System (ECF) who is suspended or disbarred by this Court will not have access to
7   file documents electronically until the attorney has been reinstated by the State Bar
8   of California and reinstated to the Bar of this Court.
9   This Order is being served pursuant to Federal Rule of Civil
10  Procedure 5  to the current addresses of the attorneys listed in Attachment "A" as
11  on file with the State Bar of California as of April 14, 2011.
12
13  DATE:   June 3, 2011
14
15
16
17                                              Audrey B. Collins
                                        Chief United States District Judge
18
19
20
21
22
23
24
25
26
27
28

<u>Attachment A</u>

<u>Disbarment</u>

1. Bruce Lewis Briggs, #196750, MC-11-144 ABC
2. Ronald Marc Cohen, #114421, MC-11-145 ABC
3. Stephen Paul Collette, #186439, MC-11-146 ABC
4. Robert C. Fishman, #110630, MC-11-147 ABC
5. Aftab Alam Malik, #171926, MC-11-148 ABC
*6. James Joseph Brown III, #169686, MC-11-149 ABC
   *Betancourt v. Homecoming*, CV-11-112 PSG (JEMx)

<u>Suspension</u>

*1. Clifford Alexander Dover, #169838, MC-11-150 ABC
   *Rueda v. Cofrancesco*, CV-10-4011 ODW (AGR)
2. John A. Hurley, #145907, MC-11-151 ABC
3. Bruce Gordon Jones, #43448, MC-11-152 ABC
4. Steven Lance Mazza, #101076, MC-11-153 ABC
5. Brian D. McMahon, #147662, MC-11-154 ABC
6. Brett Alexander Pedersen, #146341, MC-11-155 ABC
7. Fred Jay Grossblatt, #82234, MC-11-157 ABC
8. Edward Leonid Katsnelson, #179677, MC-11-159 ABC
9. Sabbir Ahmed, #177794, MC-11-158 ABC
10. John Joseph O'Kane III, #97772, MC-11-160 ABC
11. Jacqueline Staten, #175733, MC-11-161 ABC

*Has active cases pending in this court as of March 30, 2011.